## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 77 months as to Count One of the Indictment.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Drug Abuse Treatment Program.

The Court will recommend that the defendant receive a mental health evaluation and any necessary treatment while in the Federal Bureau of Prisons.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at        ☐ a.m.   ☐ p.m.   on
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on  .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

FILED
AUG 25 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## RETURN

I have executed this judgment as follows:

Defendant delivered on 6/26/23
  to , FCI MAN
  at , MAN, KY
with a certified copy of this judgment.

Warden G. Swaney
~~UNITED STATES MARSHAL~~

By CSO J. Hoskins
~~DEPUTY UNITED STATES MARSHAL~~